## BORING, ADMINISTRATRIX *v.* THE CHICAGO AND ERIE RAILROAD COMPANY.

[No. 22,949. Filed June 7, 1916.]

APPEAL.—*Briefs.*—*Failure to file.*—*Effect.*—Where a case has been briefed by appellant, but the appellee fails, prior to the distribution of the cause for final determination, to file any brief in support of the judgment of the trial court, such an omission may be taken to be a confession of the errors complained of.

From Lake Superior Court; *Johannes Kopelke,* Judge.

Action by Rose M. Boring, Administratrix of the estate of Ervie E. Boring, deceased, against the Chicago and Erie Railroad Company. From a judgment for defendant, the plaintiff appeals. (Transferred from Appellate Court under §1405 Burns 1914, Acts 1901 p. 590.) *Reversed.*

*Fred Barnett* and *Lyle McKinney,* for appellant. *Crumpacker & Crumpacker,* for appellee.

SPENCER, J.—The sole question presented by this appeal arises out of the action of the trial court

in sustaining a demurrer to appellant's amended complaint, which charges appellee with negligence in its treatment of appellant's decedent immediately after his injury in appellee's service. The case has been carefully briefed by counsel for appellant, but the appellee has made no effort, prior to the distribution of the cause for final determination, to file any brief in support of the judgment of the trial court. We have frequently held that such an omission may be taken to be a confession of the errors complained of, and we are constrained here to apply that rule.

Judgment reversed.

NOTE.—Reported in 113 N. E. 294. See 3 C. J. 1446; 2 Cyc 1024; Ann. Cas. 1914A 485.